Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

Southern Division

| | |
|---|---|
| *Queen Lezette McClain* | ) Case No. 21-CV-215-KD-MU |
| (Write the full name of each plaintiff who is filing this complaint. | ) *(to be filled in by the Clerk's Office)* |
| If the names of all the plaintiffs cannot fit in the space above, | ) |
| please write "see attached" in the space and attach an additional | ) Jury Trial: *(check one)* ☐ Yes ☐ No |
| page with the full list of names.) | ) |
| -v- | ) |
| *United States Government* | ) |
| (Write the full name of each defendant who is being sued. If the | ) |
| names of all the defendants cannot fit in the space above, please | ) |
| write "see attached" in the space and attach an additional page | ) |
| with the full list of names.) | ) |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          Lezette, Caitlyn, Casey, Justin McClain
Street Address          83 Obee Road
City and County          East Jackson Al.
State and Zip Code          36545
Telephone Number          (251) 246-2754
E-mail Address          Queen Lezette McClain 47@gmail

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — *U.S. Patent + Trade Mark Office*

Job or Title *(if known)* — *Alexandria, V.A.*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name — *President Joe Biden*

Job or Title *(if known)*

Street Address — *Washington D.C.*

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name — *U.S. Dept. of Treasury*

Job or Title *(if known)* — *Washington D.C.*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name — *U.S. Dept of IRS.*

Job or Title *(if known)* — *Washington DC.*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

The Federal Bereau of Land Mgmt
Wastington D.C.

The Department of Indian Affair
Woslington D.C.

The Federal Bereau of Investigation
Washington D.C.

Janell Byrd
Thurgood Marshall Inst.
New York, N.Y.

The National & International
Ombudsman Ass.

The Asian Ombudsman Ass.

HSBC, Banks NY, HongKong,
London

The State of Georgia U.S.A.
The State of Nevada USA
The State of New York USA

Baur Baur Law Pensacola , Fl.

Remote Gambling & ___ Religious People Church
Casino Control Com., White Earth LAND Recovery
Fantasy Sports & Gaming Ass.
State & Federal Gambling Com.
The Offshore Gaming Ass.
North American Gaming Regulators
Iowa Racing and Gaming Com.
The American Psychiatric Ass.
Malta Gaming Authority
The Curacao Gaming Control Board
Colorado Dept of Revenue
Kansas Racing & Gaming Ass
Florida Racing & Gaming Ass
Louisiana Gaming Control Board
The World Trade Organization
The Ass. of Gaming Equipment Manufacturers
The Gaming & Leisure Ass. of Ireland GLAS

Arizona Dept of Gaming
Wyoming Gaming Com.
N.J. Casino Control Com. N.J. Gov.
F & A Gaming (PASPA) EGBA
The Government of Gibraltar

The National Real Estate Ass.
& International /Bereau OF INDIAN AFFAIRS
National Congress of American INDIANS
The ~~National~~ National & International

⑤ Home Builders Association
The Sports Association NATIVE American Rights FUND Inter. National

the Gambling Ass, Inter. National

European Gaming Ass, Dutch Gambling Ass.
Missouri Gaming Com.
American Gaming Ass
Betting & Gaming Consail
Colorado Gaming Ass, Iowa Gaming Ass.
National INDIAN Gaming Ass, Maine & Maine Gambling Control Unit
Illinois Gaming BOARD /Illinois Casino Gaming Ass
Responsible Gaming Ass. of New Mexico
National Council (Gaming) New York Gaming Ass.
~~INDIAN~~ Gaming Commission Calif. Indian Nation Gaming Ass.
Washington State Gaming Com. Washington Indian Gaming
AP & SA /Mass. Gaming Com. /Minnesota Indian Gaming
California Gaming Ass. (DOGA)
Michigan Gaming. CB New York State Gam
Gambling Control Division U.S. Casinos Gaming Ass
Montana D.O.J. Mississippi Gaming Com.
Nevada Gaming Control Bod Canadian Gaming Ass.
Arizona Indian G Ass. Oklahoma Gaming Ass.

Kathy Black
Grove, Hill Al.

Deputy Sheriff Virgil Chapman
Clarke Co. Sheriffs Office

Sheriff Ray Norris GroveHill
Clarke Co. Sheriffs Dept Al.

The Lottery Ass. National + Internet
The Racing @ Gaming Ass.
National & International

The Medical Society of Mobile
Mobile, Al.
The Inter. & National Medical Ass.

The African Government (Africa)
The South American Government
Judge John Morgan GroveHill. Al.
FEMA Washington. D.C.
The DOJ Washington D.C.

Hamilton Timber Co.

Clarke Co. Ae.

The State of Alabama

The U.S. Senate Washington D.C.

The U.S. Republican Party Washington D.C.

The US. Democratic Party Washington D.C.

The U.S. Governors Association

The U.S. Judges Association

The International Judges Ass.

The American Bar Association

The International Bar Association

The National Forestry Ass.

The International Forestry Ass.

The U.S. Agriculture Dept.

The International Forestry & Agri Culture Dept

NOAA - The U.S. Fisheries Association

United States Government
President Joe Biden/Donald J Trump
U.S. Patent and Trademark Office
Stacey Abrams Governor Georgia
Zaur Zaur Law Firm  Harvard University Presid.
Omnibudsman National & International
Janell Byrd Chichester N.Y. N.Y.
Prince Mohammed Maktom  Rector St,
HSBC Bank  all branches
FDIC  /  The BLM Office of Civil Rights
The US Treasury  The US Army  Barr
The Federal Reserve  William
The National & International Judges Ass.
The Lawyer Ass. Inter. 4 National
The Lottery Association - The European Union
The Banking Association
The US. Governors Asso./US Senators.Sta
The Medical Ass.  Democratic Party
  Republican Party
The Dental Ass.
The Surgeon US General

Carolyn Sloan

Terrance Sloan

Quentin Sloan

Latasha Sloan

Glenda Sloan.

Clarke Co. Al.

Sloan Family

The Todd Family

Betty Todd

Clarke Co. Al.

The U.S. Dept. of Veteran Affairs

Washington D.C.

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                   ☐ Diversity of citizenship


Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Restitution and Production of documents) For Land deeds and usage.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the
   State of *(name)* _____.

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)*
   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of
   the State of *(name)* _____. Or is a citizen of
   *(foreign nation)* _____.

     b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff          *Quinn Lezette McClain*

Printed Name of Plaintiff       *Quinn Lezette McClain*

### B.   For Attorneys

Date of signing:               *2-12-21*

Signature of Attorney          *Judge Lezette McClain*

Printed Name of Attorney

Bar Number                     *83 Oboe Rd.*

Name of Law Firm

Street Address                 *East Jackson Al.*

State and Zip Code             *36545*

Telephone Number

E-mail Address