# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| QUEEN LEZETTE MCCLAIN,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | )   CIVIL ACTION 1:21-00215-KD-MU |
| UNITED STATES GOVERNMENT,<br>    Defendant. | )<br>) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 27, 2021 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED;** and Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice, as frivolous and because leave to amend would be futile.

**DONE** and **ORDERED** this the **13th** day of **October 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**