IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| QUEEN LEZETTE MCCLAIN,<br>       Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| | ) | CIVIL ACTION 1:21-00215-KD-MU |
| UNITED STATES GOVERNMENT,<br>       Defendant. | )<br>) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED;** and Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice, as frivolous and because leave to amend would be futile.

**DONE** and **ORDERED** this the **13th** day of **October 2021.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**